STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NATHEL JORDAN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Arthur B. Penn* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. I. Michael Heine* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL FRANCIS HAYNES, DEFENDANT-PETITIONER.

*Mr. Robert B. Stites* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. I. Michael Heine* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FREDERICK M. WEISS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Rosemary K. Reavey* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. John P. Jehl* for the respondent.

April 14, 1970. Denied.